884

[redacted]

No. 98–5057. JOHNSON v. FLORIDA. C. A. 11th Cir. Certiorari denied. [redacted]

No. 98–5058. AVERY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. [redacted]

No. 98–5059. HARDING v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 98–5060. HERNANDEZ-PAUTURI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5061. GONZALES v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied. [redacted]

No. 98–5062. GUMM v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 98–5063. HAYES v. UNITED STATES. C. A. 11th Cir. Certiorari denied. [redacted]

No. 98–5064. DOUGLAS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. [redacted]

No. 98–5066. HIGGINS v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–5067. HOLMES, AKA RICHARDS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5068. GANDY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. [redacted]

No. 98–5069. CHISHOLM v. UNITED STATES. C. A. 11th Cir. Certiorari denied. [redacted]

No. 98–5071. KENNEDY v. DISTRICT COURT OF TEXAS, ANDERSON COUNTY. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 98–5072. WHEELER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.